"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV 10 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RUIZ,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT ADAMS,<br><br>    Respondent. | Case No. SACV 09-0046-JSL (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition ("FAP"), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that, unless petitioner files a Second Amended Petition limited to his already exhausted federal constitutional claim (i.e., Ground Two) or a notice of withdrawal of Ground One within twenty (20) days, Judgment be entered denying the FAP and dismissing this action without prejudice for failure to exhaust state remedies.

DATED: 11/6/09

Spencer Letts

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE