I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: ___2/2/2010___

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALEJANDRO RUIZ,

              Petitioner,

vs.

ROBERT ADAMS,

              Respondent.

Case No. SACV 09-046-JSL (RNB)

**JUDGMENT**

The extended deadline of January 12, 2010 having elapsed without petitioner filing either a Second Amended Petition limited to his already exhausted federal constitutional claim (i.e., Ground Two) or a notice of withdrawal of Ground One in accordance with the Court's November 10, 2009 Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition is denied and this action is dismissed without prejudice for failure to exhaust state remedies.

DATED: __Feb. 1, 2010

Spencer Letts

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE

1